Attorney: LEVIN EPSTEIN & ASSOCIATES PC Address: 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165   Job #: 1528148

# AFFIDAVIT OF NON SERVICE

Client's File No.: lozado vs. centro

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

INDEX NO.: 1:23-CV-01680-
COUNTY OF EASTERN



EMANUEL BERMEO LOZADO, AND MIGUEL BERMEO LOZADO ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION

*Plaintiff*

vs

CENTRO GLASS CORP., AND VICTOR ELIAS BERMEO GUZMAN

*Defendant*

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: 04/04/2023, at the following time: 8:29 PM, at 62-64 61ST STREET, QUEENS, NY 11385, deponent attempted to serve the within SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL COVER SHEET

upon VICTOR ELIAS BERMEO GUZMAN

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at

62-64 61ST STREET, QUEENS, NY 11385

deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [ ] house/building vacant
- [ ] moved, left no forwarding
- [ ] address does not exist
- [ ] evading
- [ ] service canceled by litigant
- [ ] unable to serve in timely fashion
- [ ] no other occupants / tenants over 18 years of age
- [X] Other: MOVED SIX MONTHS AGO AS PER MALE OCCUPANT AT ADDRESS.

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 04/04/2023 | 8:29 PM | 62-64 61ST STREET, QUEENS, NY 11385 |

Sworn to before me on 04/06/2023

NOTARY PUBLIC
DIANNE GONZALEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GO6025621, QUALIFIED IN QUEENS COUNTY
TERM EXPIRES, AUGUST 3, 2023

NNAMDI ERSKINE
DCA License # 1376400

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*