**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Emanuel Bermeo Lozado, and Miguel Bermeo Lozado, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action*,

<em>Plaintiffs</em>,

- *against* -

Centro Glass Corp., and Victor Elias Bermeo Guzman,

<em>Defendants</em>.

-----------------------------------------------------------------X

Case No.: 1:23-cv-01680-RPK-MMH

**CERTIFICATE OF DEFAULT**

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Centro Glass Corp. has not filed an answer or otherwise moved with respect to the first amended complaint herein. The default of Centro Glass Corp., is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
        April 21, 2023

Brenna B. Mahoney, Clerk of Court

By: *Jalitza Poveda*
    Deputy Clerk