**UNITED STATES DISTRICT COURT**
**STATE OF NEW YORK,  EASTERN DISTRICT**
Attorney: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK , NY 10165

Job #: 1534346

| | |
|---|---|
| EMANUEL BERMEO LOZADO & MIGUEL BERMEO LOZADO ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED IN THE PROPOSED  FLSA COLLECTIVE ACTION | Index Number: 1:23-cv-01680-RPK-MMH |
| *vs* | Client's File No.: lozado v. centro |
| *Plaintiff* | Court Date: |
| CENTRO GLASS CORP., & VICTOR ELIAS BERMEO GUZMAN | |
| *Defendant* | Date Filed: 06/08/2023 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
CHRISTOPHER CRESPO, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 6/12/2023, at 7:59 PM at: 112 QUEENS AVE., WEST BABYLON, NY 11704 Deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT

On: VICTOR ELIAS BERMEO GUZMAN, Defendant therein named.

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 DESCRIPTION**

| | | | |
|---|---|---|---|
| Sex: Male | Color of skin: Tan | Color of hair: Black | Glasses: |
| Age: 45 | Height: 5ft 4in - 5ft 8in | Weight: 161-200 Lbs. | Other Features: |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

Sworn to before me on 06/13/2023

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

CHRISTOPHER CRESPO
DCA License #



*PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA*