UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Emanuel Bermeo Lozado and Miguel Bermeo Lozado, o*n behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiff,*

      - *against* -

Centro Glass Corp, and Victor Elias Bermeo Guzman,

                              *Defendants.*
-----------------------------------------------------------------X

Case No.: 1: 23-cv-01680-RPK-MMH

**CERTIFICATE OF DEFAULT**

     I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Centro Glass Corp. (the "Defaulting Defendant") has not filed an answer or otherwise moved with respect to the complaint herein. A copy of the complaint was served on defendant(s) Centro Glass Corp. by personally serving Nancy Doughtery and proof of service was therefore filed on 03/23/2023, Doc. #(s) 9. The default of the Defaulting Defendant Centro Glass Corp. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn New York
         June 17, 2025

                                          Brenna B. Mahoney, Clerk of Court

                              By: _____*Jalitza Poveda*_____
                                          Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Emanuel Bermeo Lozado and Miguel Bermeo Lozado, o*n behalf of themselves and others similarly situated in the proposed FLSA Collective Action,

                        *Plaintiff*,

   - against -

Centro Glass Corp., and Victor Elias Bermeo Guzman,

                        *Defendants*.
------------------------------------------------------------X

Case No.: 1:23-cv-01680- RPK-MMH

**CERTIFICATE OF DEFAULT**

     I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Victor Elias Bermeo Guzman (the "Defaulting Defendant") has not filed an answer or otherwise moved with respect to the complaint herein. A copy of the complaint was served on defendant(s) Victor Elias Bermeo Guzman by personally serving, Victor Elias Bermeo Guzman and proof of service was therefore filed on 06/13/2023, Doc. #(s) 15. The default of the Defaulting Defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
           June 17, 2025

                                              Brenna B. Mahoney, Clerk of Court

                                              By: *Jalitza Poveda*
                                                    Deputy Clerk