**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
Emanuel Bermeo Lozado, and Miguel Bermeo Lozado *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*

                                        *Plaintiffs*,

          - *against* -

Centro Glass Corp., and Victor Elias Bermeo Guzman,

                                        *Defendants*.
----------------------------------------------------------------X

Case No.: 1:23-cv-01680-RPK-MMH

**AFFIRMATION OF SERVICE**

     JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury that on May 28, 2026,  I have served a true and correct copy of: (i) the Court's May 27, 2026, Scheduling Order [Dckt. No. 35] and (ii) a true and correct copy of the Court Docket Sheet, as of May 28, 2026; via first class mail addressed to the last known business address of the corporate defendant(s), and the last known residential address of the individual defendant(s) as indicated below and upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Relief Act."

Centro Glass Corp.
62-64 61st Street
Queens, NY 11421

Centro Glass Corp.
91-45 88th Street
Woodhaven, NY 11421

Victor Elias Bermeo Guzman
62-64 61st Street
Queens, NY 11385

Victor Elias Bermeo Guzman
112 Queens Ave
West Babylon, NY 11704

Dated: New York, New York
       May 28, 2026

                                    By:    /s/ Jason Mizrahi, Esq.
                                           Jason Mizrahi, Esq.
                                           Levin Epstein & Associates, P.C.
                                           420 Lexington Ave, Suite 2458
                                           New York, NY 10170
                                           Tel. No.: (212) 792-0048
                                           Email: Jason@levinepstein.com
                                           *Attorneys for Plaintiffs*