**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

Emanuel Bermeo Lozado, and Miguel Bermeo Lozado, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*

*Plaintiffs*,

- *against* -

Centro Glass Corp., and Victor Elias Bermeo Guzman,

*Defendants*.

-------------------------------------------------------------X

Case No.: 1:23-cv-01680

**DECLARATION OF JASON MIZRAHI**

**JASON MIZRAHI**, an attorney duly admitted to practice in the United States District Court of the Eastern District of New York, affirms the following under the penalties of perjury:

1. I am a partner at Levin-Epstein & Associates, P.C., attorneys for Plaintiffs Emanuel Bermeo Lozado, and Miguel Bermeo Lozado (together, the "Plaintiffs") in the above-captioned matter. As Plaintiffs' counsel, I am familiar with the facts and circumstances discussed herein based upon personal knowledge and the files maintained by this office.

2. I make this declaration in response to the Court's October 1, 2026 to provide the Court with a further status update regarding the undersigned's ongoing efforts to establish contact with Plainitffs.

3. True and correct copies of the email communications dated August 24, 25, 26, 27, and 28, 2026; and September 2, 3, 8, 11, 14, 16, and 17, 2026 transmitted to Plainitffs are annexed hereto as Exhibit "A".

4. On October 14, 2026, I have served a copy of the letter annexed hereto as Exhibit "B" by first class mail, addressed to Plaintiffs' last known address.

5. Despite these sustained and continuing efforts, Plaintiffs have not responded to any communication from this office, by any means, and this office has been unable to establish contact with either Plaintiff.

Dated: New York, New York
October 14, 2026

**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

By: /s/ Jason Mizrahi
Jason Mizrahi, Esq.
420 Lexington Avenue, Suite 2458
New York, NY 10170
Telephone: (212) 792-0048
Email: jason@levinepstein.com
*Attorneys for Plaintiffs*